THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lorne Keith Moses,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-579
Submitted July 15, 2003  Filed October 
 2, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant
Attorney General Henry Dargan McMaster,  Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia:  and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Lorne Keith Moses pled guilty 
 to second degree burglary and grand larceny.  He was sentenced to concurrent 
 terms of fifteen years imprisonment on the second degree burglary charge and 
 five years imprisonment for grand larceny.  He appeals. 
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Moses attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Moses appeal is without legal merit sufficient to warrant a new trial.  Moses 
 did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, 
 JJ., concur.